RECEIVED
SDNY PRO SE OFFICE
2022 MAR 22  AM 10: 20

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Agapito Camacho
_____

_____

Fill in above the full name of each plaintiff or petitioner.

-against-

Potter et al
_____

Case No. ___31___ CV ___6180 (PMH)___

---

On March 22, 2022, Plaintiff filed three documents. (Docs. 33-35). The Court construes these documents (1) as a request for an extension of time to oppose Defendants' motion to dismiss filed on March 8, 2022; and (2) an application for the appointment of pro bono counsel.

To the extent Plaintiff requests an extension of time to oppose Defendants' motion to dismiss, that application is granted. Plaintiff shall file his opposition by May 9, 2022. Defendants shall file their reply by May 23, 2022.

To the extent Plaintiff requests the appointment of pro bono counsel, he provides no basis to support that request, and therefore, he is unable to show that his claims are "likely to be of substance." *Hodge v. Police Officers*, 802 F.2d 58, 60 (2d Cir. 1986). Accordingly, Plaintiff's request for the appointment of pro bono counsel is denied without prejudice to renewal at a later time.

Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.


SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        March 23, 2022

---

order. You may also refer to and attach any relevant documents.

I would like to get an extension due to
being turned down by another attorney who
I thought may take the case
_____

_____

_____

Rev. 6/30/16

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Attach additional pages and documents if necessary.

_____          _____
                                 Signature

Executed on (date)

Agapito Camacho                  21 A1765
_____          _____
Name                             Prison Identification # (if incarcerated)

Franklin Correctional Fac.  Malone   NY   12953
_____
Address 62 Bare hill Rd  P.O.Box 10   City        State        Zip Code

_____          _____
Telephone Number (if available)   E-mail Address (if available)